IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GOLDEN GULF CASINO, INC.**                                                           **PLAINTIFF**

**v.**                             **CIVIL ACTION NO. 1:20-cv-240-TBM-RHWR**

**OSCAR RENDA CONTRACTING, INC.**                                       **DEFENDANT**

**ORDER**

This matter came before the Court on the Defendant's Motion for Reconsideration [128] of the Court's Order [126]; the Defendant's Motion to Exclude [134] evidence of other, unrelated litigation and gratuitous references to other impacts of north contract work; the Defendant's Motion to Exclude [135] evidence or references to insurance coverage; the Defendant's Motion to Exclude [136] evidence and testimony of and related news articles or press releases regarding Oscar Renda; the Defendant's Motion to Exclude [137] evidence and testimony regarding lost rent; and the Plaintiff's Motion *in Limine* [138]. At the hearing conducted in this matter on June 7, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on June 7, 2022, the Defendant's Motion for Reconsideration [128] on the Court's Order [126] is GRANTED.

IT IS FURTHER ORDERED that the Defendant's Motion to Exclude [134] evidence of other, unrelated litigation and gratuitous references to other impacts of north contract work is taken under advisement.

IT IS FURTHER ORDERED that the Defendant's Motion to Exclude [135] evidence or references to insurance coverage is GRANTED.

IT IS FURTHER ORDERED that the Defendant's Motion to Exclude [136] evidence and testimony of and related news articles or press releases regarding Oscar Renda is GRANTED.

IT IS FURTHER ORDERED that the Defendant's Motion to Exclude [137] evidence and testimony regarding lost rent is DENIED AS MOOT in light of the Court's ruling on the Motion for Reconsideration [128].

IT IS FURTHER ORDERED that the Plaintiff's Motion *in Limine* [138] is taken under advisement.

IT IS FURTHER ORDERED that the Plaintiff's *ore tenus* motion to amend their Complaint is DENIED.

THIS, the 7th day of June, 2022.

/s/ Taylor B. McNeel
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE